JAP:NR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**12 M 589**

- - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

FE JIMENEZ VALERIO,

      Defendant.

- - - - - - - - - - - - X

<u>PRE-ARRAIGNMENT</u>
<u>C O M P L A I N T</u>
(21 U.S.C. §§ 952(A)
 and 960)

EASTERN DISTRICT OF NEW YORK, SS:

      JACK LEE being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI").

      Upon information and belief, on or about June 20, 2012, within the Eastern District of New York and elsewhere, defendant FE JIMENEZ VALERIO did knowingly, intentionally, and unlawfully import into the United States from a place outside thereof heroin, a Schedule I controlled substance.

      (Title 21, United States Code, Sections 952(a) and 960).

      The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.   On June 20, 2012, defendant FE JIMENEZ VALERIO arrived at John F. Kennedy International Airport in Queens, New York ("JFK"), aboard Jet Blue Flight No. B6 828 from Santo Domingo, Dominican Republic.

2.   The defendant was selected for an enforcement examination by a Customs and Border Protection ("CBP") Officer. The defendant exhibited nervous behavior during the course of this examination.

3.   Due to the defendant's behavior, the CBP Officer requested and received permission to conduct a patdown search of the defendant and escorted the defendant to a private search area.  This search was positive, revealing an insert in the defendant's genital area.

4.   The insert was discovered to contain ten pellets. One of those pellets was probed and revealed a brown powdery substance which subsequently field tested positive for the presence of heroin.  The approximate gross weight of the heroin contained in the ten pellets was 152.0 grams.

5.   The defendant FE JIMENEZ VALERIO was then presented with an x-ray consent form, which she appeared to read, indicated she understood and voluntarily signed.

6.   The defendant was transported to the medical facility at JFK where an x-ray was taken of the defendant's

2

intestinal tract.   The x-ray revealed foreign bodies in the defendant's intestinal tract.

7.   In the presence of Special Agents from HSI the defendant was read her Miranda rights, which she indicated she understood and agreed to waive.   The defendant acknowledged swallowing pellets and that she knew the pellets contained narcotics.

8.   Defendant FE JIMENEZ VALERIO will be detained at the JFK medical facility until such time as she has passed all the pellets contained within her intestinal tract.

WHEREFORE, your deponent respectfully requests that defendant FE JIMENEZ VALERIO be dealt with according to law.

_____
JACK LEE
Special Agent
Homeland Security Investigations

Sworn to me before this
20th day of June, 2012

HONORA
EASTER                'RK

4